# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VAVROCK, GILBERT LAWRENCE | § | Case No. 10-73338 |
| VAVROCK, LINDA JEAN | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/06/2011 in Courtroom 115,

United States Courthouse
211 S. Court St.
Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/03/2011          By: /s/ Daniel M. Donahue
                                        Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| VAVROCK, GILBERT LAWRENCE | § | Case No. 10-73338 |
| VAVROCK, LINDA JEAN | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.41 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 6,000.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,350.04 | $ 0.00 | $ 1,350.04 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,899.00 | $ 0.00 | $ 1,899.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 116.90 | $ 0.00 | $ 116.90 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,365.94 |
| Remaining Balance | $ | 2,634.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,074.47  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for Wfnnb | $ 335.56 | $ 0.00 | $ 12.27 |
| 000002 | Discover Bank | $ 12,806.75 | $ 0.00 | $ 468.11 |
| 000004 | Asset Acceptance, LLC assignee GEMB | $ 13,608.81 | $ 0.00 | $ 497.43 |
| 000005 | Chase Bank USA,N.A | $ 1,376.93 | $ 0.00 | $ 50.33 |
| 000006 | Capital Recovery IV LLC | $ 3,301.03 | $ 0.00 | $ 120.66 |
| 000007 | Capital Recovery IV LLC | $ 1,121.01 | $ 0.00 | $ 40.98 |
| 000008 | American Express Centurion Bank | $ 8,364.12 | $ 0.00 | $ 305.72 |
| 000009 | American Express Centurion Bank | $ 31,160.26 | $ 0.00 | $ 1,138.97 |

Total to be paid to timely general unsecured creditors        $            2,634.47

Remaining Balance        $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
                                                        Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 10-73338-MB
Gilbert Lawrence Vavrock                                        Chapter 7
Linda Jean Vavrock
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-3        User: vgossett        Page 1 of 2              Date Rcvd: May 06, 2011
                           Form ID: pdf006        Total Noticed: 48
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2011.
```
db/jdb      +Gilbert Lawrence Vavrock,   Linda Jean Vavrock,   968 Pearson Road,   Cary, IL 60013-3370
aty          Daniel M Donahue,   P. O. Box 2903,   Rockford, IL 61132-2903
aty         +Erick J Bohlman,   Bohlman Law Offices, PC,   780 McArdle Dr.,   Unit F,
             Crystal Lake, IL 60014-8155
tr           Daniel Donahue,   P O Box 2903,   Rockford, IL 61132-2903
15801812    +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
16854846     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15801814    +American Recovery Service Inc.,   555 St Charles Dr,   Suite 100,   Thousand Oaks, CA 91360-3983
15801815    +Amex,   c/o Beckett & Lee,   Po Box 3001,   Malvern, PA 19355-0701
15801817    +Anselmo Lindberg & Rappe LLC,   1807 Dehl Road,   Suite 333  PO BOX 3228,
             Naperville, IL 60563-1890
15801819    +Baker & Miller, PC,   29 N. Wacker Drive,   5th Floor,   Chicago, IL 60606-2854
15801820    +Barclays Bank Delaware,   Po Box 8833,   Wilmington, DE 19899-8833
15801821    +Barclays Bank Delaware Juniper,   West Asset management,   7171 Mercy Road,
             Omaha, NE 68106-2620
15801822    +Blatt, Hasenmiller, Leibsker & Moor,   125 S. Wacker Drive,   Suite 400,   Chicago, IL 60606-4440
15801823    +Bluegreen Corp,   4960 Blue Lake Dr,   Boca Raton, FL 33431-4453
15801824    ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Credit,   Po Box 8065,   Royal Oak, MI 48068)
16690881    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15875849    +Chrysler Financial Services,   c/o Attorney Kathryn A. Klein,   Riezman Berger, P.C.,
             7700 Bonhomme, 7th Floor,   St. Louis, MO 63105-1960
15801825    +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20363,   Kansas City, MO 64195-0363
15801826     Encore Receivable Management,   400 N. Rogers Road,   Olathe, KS 66062-1212
16536188    +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
15883278     Ford Motor Credit Company, LLC,   c/o Attorney Steven L. Nelson,   Snyder, Park & Nelson, P.C.,
             P.O. Box 3700,   Rock Island, IL 61204-3700
15801828    +Ford Motor Credit Corporation,   National Bankruptcy Center,   Po Box 6275,
             Dearborn, MI 48121-6275
15801831    +Hsbc/ms,   Po Box 3425,   Buffalo, NY 14240-3425
15801832    +Integrity Financial Planners, Inc,   4370 W 109th Street,   Suite 100,   Leawood, KS 66211-1316
15801833    +Keybank NA,   Attention: Bankruptcy,   Po Box 94968,   Cleveland, OH 44101-4968
15801837     Midland Credit Management,   PO Box 60578,   Los Angeles, CA 90060-0578
15801836     Midland Credit Management,   Po Box 939019,   San Diego, CA 92193-9019
15801839    +NCO Financial Systems Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
15801838    +Nationwide Credit, Inc.,   2015 Vaughn Rd NW,   STE 400,   Kennesaw, GA 30144-7802
15801841    +Northland Group Inc.,   P.O. Box 390846,   Edina, MN 55439-0846
15801843    +Orazio Bartolomeo MD,   120 N Northwest Highway,   Barrington, IL 60010-3347
15801845    +Redline Recovery Services LLC,   11675 Rainwater Dr,   STE 350,   Alpharetta, GA 30009-8693
15801847    +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
15801848    +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
             Kansas City, MO 64195-0507
15801849    +The CBE Group,   PO Box 2635,   Waterloo, IA 50704-2635
15801850    +West Asset Management,   7171 Mercy Road,   Omaha, NE 68106-2620
15801851    +Wfnnb/dress Barn,   Po Box 182686,   Columbus, OH 43218-2686
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16530805     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2011 23:56:43
             American Infosource Lp As Agent for Wfnnb,   As Assignee of,   Dress Barn,   PO Box 248872,
             Oklahoma City, OK  73124-8872
15801818    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 06 2011 22:11:43     Asset Acceptance,
             Po Box 2036,   Warren, MI 48090-2036
16638975    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 06 2011 22:11:43
             Asset Acceptance, LLC assignee  GEMB,   PO Box 2036,   Warren, MI 48090-2036
16722973     E-mail/PDF: rmscedi@recoverycorp.com May 07 2011 00:02:09     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16536175     E-mail/PDF: mrdiscen@discoverfinancial.com May 06 2011 23:58:23     Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15801826    +E-mail/PDF: mrdiscen@discoverfinancial.com May 06 2011 23:58:23     Discover Fin,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
15801829    +E-mail/PDF: gecsedi@recoverycorp.com May 07 2011 00:02:07     Gemb/home Design-hi-pj,
             Po Box 981439,   El Paso, TX 79998-1439
15801834    +E-mail/PDF: cr-bankruptcy@kohls.com May 06 2011 23:59:19     Kohls,   Attn: Recovery Dept,
             Po Box 3120,   Milwaukee, WI 53201-3120
15801835    +E-mail/Text: resurgentbknotifications@resurgent.com May 06 2011 22:11:12     Lvnv Funding Llc,
             Po Box 740281,   Houston, TX 77274-0281
15801837     E-mail/Text: brenden.magnino@mcmcg.com May 06 2011 22:11:48     Midland Credit Management,
             PO Box 60578,   Los Angeles, CA 90060-0578
15801836    +E-mail/Text: brenden.magnino@mcmcg.com May 06 2011 22:11:48     Midland Credit Management,
             Po Box 939019,   San Diego, CA 92193-9019
15801840    +E-mail/Text: bankrup@nicor.com May 06 2011 22:11:24     Nicor Gas,
             Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
```

```
District/off: 0752-3          User: vgossett          Page 2 of 2          Date Rcvd: May 06, 2011
                             Form ID: pdf006          Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15801846      +E-mail/Text: resurgentbknotifications@resurgent.com May 06 2011 22:11:12
               Resurgent Capital/Sherman Acq,   Po Box 10587,   Greenville, SC 29603-0587
                                                                                        TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15801830       Hsbc Bank
aty*           Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
15801813*     +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern, PA 19355-0701
16854847*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15801816*     +Amex,   c/o Beckett & Lee,   Po Box 3001,   Malvern, PA 19355-0701
15801842*     +Northland Group Inc.,   P.O. Box 390846,   Edina, MN 55439-0846
15801844*     +Orazio Bartolomeo MD,   120 N Northwest Highway,   Barrington, IL 60010-3347
                                                                             TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2011**                    **Signature:**