# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VAVROCK, GILBERT LAWRENCE | § | Case No. 10-73338 |
| VAVROCK, LINDA JEAN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bluegreen Corp 4960 Blue Lake Dr Boca Raton, FL 33431 |  |  |  |  |  |
|  | Chrysler Credit Po Box 8065 Royal Oak, MI 48068 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/ms Po Box 3425 Buffalo, NY 14240 | | | | | |
| | Keybank NA Attention: Bankruptcy Po Box 94968 Cleveland, OH 44101 | | | | | |
| 000003 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex c/o Beckett & Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Amex c/o Beckett & Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Barclays Bank Delaware Po Box 8833 Wilmington, DE 19899 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Gemb/home Design-hi-pj Po Box 981439 El Paso, TX 79998 | | | | | |
| | Hsbc Bank | | | | | |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Orazio Bartolomeo MD 120 N Northwest Highway Barrington, IL 60010 | | | | | |
| | Orazio Bartolomeo MD 120 N Northwest Highway Barrington, IL 60010 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Shell Oil / Citibank Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | ASSET ACCEPTANCE, LLC ASSIGNEE GEMB | | | | | |
| 000006 | CAPITAL RECOVERY IV LLC | | | | | |
| 000007 | CAPITAL RECOVERY IV LLC | | | | | |
| 000005 | CHASE BANK USA,N.A | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 10-73338 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | VAVROCK, GILBERT LAWRENCE | Date Filed (f) or Converted (c): | 07/01/10 (f) |
| | VAVROCK, LINDA JEAN | 341(a) Meeting Date: | 08/19/10 |
| For Period Ending: | 07/26/11 | Claims Bar Date: | 03/09/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 968 Pearson Road, Cary IL 60013 | 311,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Lot - Lake Summerset (Illinois); OD Sec 9 Lot 2322 | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account Midwest Bank - First Merit | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account Midwest Bank - First Merit | 150.00 | 0.00 | DA | 0.00 | FA |
| 5. Goods & Furnishings | 600.00 | 0.00 | DA | 0.00 | FA |
| 6. Pocket Books & 3 Pictures | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. Wearing Apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Misc. jewelry | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9. Modified Whole Life Insurance Prudential Insurance | 12,591.00 | 0.00 | DA | 0.00 | FA |
| 10. Modified Whole Life Insurance Prudential Insurance | 7,812.00 | 0.00 | DA | 0.00 | FA |
| 11. Modified Whole Life Insurance Prudential Life Insu | 5,188.00 | 0.00 | DA | 0.00 | FA |
| 12. Modified Whole Life Insurance Prudential Life Insu | 4,132.00 | 0.00 | DA | 0.00 | FA |
| 13. Retirement Savings Morgan Stanley/Smith Barney | 100,540.00 | 0.00 | DA | 0.00 | FA |
| 14. Retirement Account Vanguard | 68,053.64 | 0.00 | DA | 0.00 | FA |
| 15. Walmart Stock | 1,422.68 | 0.00 | DA | 0.00 | FA |
| 16. 2008 Jeep Compass with 15,000 miles | 10,200.00 | 0.00 | DA | 0.00 | FA |
| 17. 2006 Chevrolet HHR with 69,000 miles | 6,665.00 | 0.00 | DA | 0.00 | FA |
| 18. 1998 Cevrolet Corvette with approximately 44,000 m | 15,000.00 | 6,000.00 | | 6,000.00 | FA |
| 19. Vacation Share at Bluegreen Resorts | 0.00 | Unknown | DA | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.41 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $566,154.32  $6,000.00  $6,000.41  $0.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 16.02b

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-73338   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | VAVROCK, GILBERT LAWRENCE | Date Filed (f) or Converted (c): | 07/01/10 (f) |
| | VAVROCK, LINDA JEAN | 341(a) Meeting Date: | 08/19/10 |
| | | Claims Bar Date: | 03/09/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 10/01/11    Current Projected Date of Final Report (TFR): 10/01/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-73338 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | VAVROCK, GILBERT LAWRENCE | | Bank Name: | BANK OF AMERICA, N.A. |
| | VAVROCK, LINDA JEAN | | Account Number / CD #: | *******3338  MONEY MARKET |
| Taxpayer ID No: | *******8184 | | | |
| For Period Ending: | 07/26/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/07/10 | 18 | GILBERT AND LINDA VAVROCK<br>968 PEARSON RD<br>CARY, IL  60013-3370 | INTEREST IN CORVETTE | 1129-000 | 6,000.00 | | 6,000.00 |
| 12/31/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 6,000.11 |
| 01/31/11 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,000.26 |
| 02/28/11 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.31 |
| 03/31/11 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.36 |
| 04/29/11 | 20 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.41 |
| 05/02/11 | | Transfer to Acct #*******3749 | Final Posting Transfer | 9999-000 | | 6,000.41 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.41 | 6,000.41 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,000.41 | |
| Subtotal | 6,000.41 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.41 | 0.00 | |

Page Subtotals        6,000.41        6,000.41

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-73338 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | VAVROCK, GILBERT LAWRENCE | Bank Name: | BANK OF AMERICA, N.A. |
| | VAVROCK, LINDA JEAN | Account Number / CD #: | *******3749  GENERAL CHECKING |
| Taxpayer ID No: | *******8184 | | |
| For Period Ending: | 07/26/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/11 | | Transfer from Acct #*******3338 | Transfer In From MMA Account | 9999-000 | 6,000.41 | | 6,000.41 |
| 06/07/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.04 | 4,650.37 |
| 06/07/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,899.00 | 2,751.37 |
| 06/07/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 116.90 | 2,634.47 |
| 06/07/11 | 000103 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Dress Barn<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000001, Payment 3.7% | 7100-000 | | 12.27 | 2,622.20 |
| 06/07/11 | 000104 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 3.7% | 7100-000 | | 468.11 | 2,154.09 |
| 06/07/11 | 000105 | Asset Acceptance, LLC assignee GEMB<br>PO Box 2036<br>Warren, MI 48090 | Claim 000004, Payment 3.7% | 7100-000 | | 497.43 | 1,656.66 |
| 06/07/11 | 000106 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000005, Payment 3.7% | 7100-000 | | 50.33 | 1,606.33 |
| 06/07/11 | 000107 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 3.7% | 7100-000 | | 120.66 | 1,485.67 |
| 06/07/11 | 000108 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120 | Claim 000007, Payment 3.7% | 7100-000 | | 40.98 | 1,444.69 |

Page Subtotals    6,000.41    4,555.72

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-73338 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | VAVROCK, GILBERT LAWRENCE | Bank Name: | BANK OF AMERICA, N.A. |
| | VAVROCK, LINDA JEAN | Account Number / CD #: | *******3749 GENERAL CHECKING |
| Taxpayer ID No: | *******8184 | | |
| For Period Ending: | 07/26/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/11 | 000109 | Miami FL 33131-1605<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 3.7% | 7100-000 | | 305.72 | 1,138.97 |
| 06/07/11 | 000110 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 3.7% | 7100-000 | | 1,138.97 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,000.41 | 6,000.41 | 0.00 |
| Less: Bank Transfers/CD's | 6,000.41 | 0.00 | |
| Subtotal | 0.00 | 6,000.41 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,000.41 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********3338 | 6,000.41 | 0.00 | 0.00 |
| GENERAL CHECKING - ********3749 | 0.00 | 6,000.41 | 0.00 |
| | 6,000.41 | 6,000.41 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,444.69

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*